UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF THE WEST, a California banking corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAR-SONS, LLC, a Nevada limited liability company; MZZO, INC., a Nevada corporation; WASHOE FLATS, INC., a Nevada corporation; LENNY J. MARAZZO, an individual; LANA D. MARAZZO, an individual; PAUL L. MARAZZO, an individual; BARBARA L. MARAZZO, an individual; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:11-cv-00313-HDM-WGC<br><br>**DEFAULT JUDGMENT** |

Upon application by Plaintiff Bank of the West (the "Bank") and for good cause appearing, Judgment by Default is hereby entered in favor of Plaintiff Bank of the West and against Defendants Mar-Sons, LLC, MZZO, Inc., Washoe Flats, Inc., Lenny J. Marazzo and Lana D. Marazzo as follows:

　　A.　　The principal sum of $761,836.49

　　B.　　Accrued interest in the amount of $38,408.15 through January 12, 2011;

　　C.　　Late charges in the amount of $4,796.48;

　　D.　　Miscellaneous fees, costs and expenses in the amount of $28,170.19 through January 12, 2011;

1

E. Accrued interest in the amount of $39,301.58 from January 12, 2011, through the date of entry of this judgment;

F. Attorneys' fees in the amount of $6,972.00 and costs in the amount of $7,550.98;

G. Interest on the total of foregoing principal, interest, fees, and costs shall accrue at the highest lawful rate from entry of judgment until paid in full.

ENTERED this 10th day of July, 2012.

*Howard D McKibben*
UNITED STATED DISTRICT JUDGE

2